United States Court of Appeals

Fifth Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

F I L E D

September 27, 2013

————————————

No. 11-30770

Lyle W. Cayce

Clerk

————————————

D.C. Docket No. 2:09-CV-6460

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

      Plaintiff - Appellee

v.

BOH BROTHERS CONSTRUCTION COMPANY, L.L.C.,

      Defendant - Appellant

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

Before STEWART, Chief Judge, and KING, JOLLY, DAVIS, JONES, SMITH,
DeMOSS, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK,
HAYNES, GRAVES, and HIGGINSON, Circuit Judges.

JUDGMENT ON REHEARING EN BANC

    This cause came on to be heard on rehearing en banc and was argued
by counsel.

    It is ordered and adjudged that the judgment of the District Court is
affirmed in part and reversed in part, and the cause is remanded to the
District Court for further proceedings in accordance with the opinion of this
Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

E. GRADY JOLLY, Circuit Judge, dissenting, joined by JONES, SMITH, DeMOSS, CLEMENT, and OWEN, Circuit Judges.

EDITH H. JONES, Circuit Judge, dissenting, joined by JOLLY, SMITH, DeMOSS, CLEMENT, and OWEN, Circuit Judges.

JERRY E. SMITH, Circuit Judge, dissenting, joined by DeMOSS, Senior Circuit Judge.

HAROLD R. DeMOSS, JR., Senior Circuit Judge, dissenting, joined by JONES and SMITH, Circuit Judges.

A True Copy

Attest

ISSUED AS MANDATE:

Clerk, U.S. Court of Appeals, Fifth Circuit

By:_____

Deputy

New Orleans, Louisiana